IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERIC WILRIDGE,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1137

Opinion filed June 7, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Eric Wilridge, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jillian Reding, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order rendered on or about December 7, 2015, denying petitioner's motion to correct illegal sentence in Duval County Circuit Court case number 1991-CF-12321-AXXX, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.